UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carter, | |
| Plaintiff(s), | |
| v. | |
| Buzbee et al., | |
| Defendant(s). | |

26-CV-2775 (DEH)

ORDER

DALE E. HO, United States District Judge:

The proposed case management plan submitted by the parties, ECF No. 105-1, does not comply with the Court's Individual Rules.  By **May 13, 2026**, the parties shall submit a proposed case management plan that fully answers Questions 5-9.  By **May 13, 2026**, the parties shall also submit a joint letter, for the Court's consideration, indicating: (1) whether Plaintiff seeks leave to amend, and if so, whether Defendants consent to amendment and a proposed schedule for filing an amended complaint and briefing on any motion to dismiss; and (2) if Plaintiff does not seek leave to amend and/or leave is not granted, a proposed briefing schedule for any re-briefing the parties request with respect to the outstanding motions dismiss and motion to proceed under a pseudonym, as described in the parties' April 28, 2026 letter, ECF No. 105.

The Clerk of Court is respectfully directed to revise the caption of this matter to reflect the currently operative complaint, ECF No. 32.

SO ORDERED.

Dated: May 4, 2026
       New York, New York

_____
     DALE E. HO
     United States District Judge