**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAWN COREY CARTER,                                    Case No: 26-Civ-2775-DEH

      Plaintiff,

v.

ANTHONY BUZBEE, DAVID FORTNEY,
ANTHONY G. BUZBEE LP
(d/b/a THE BUZBEE LAW FIRM),
ANTIGONE CURIS, CURIS LAW, PLLC
and JANE DOE,

      Defendants.

_____/

**AFFIDAVIT IN SUPPORT OF MOTION**
**TO ADMIT COUNSEL PRO HAC VICE**

**ALEJANDRO BRITO**, being duly sworn, being competent to testify and having personal knowledge of the matters stated herein, says and alleges as follows:

1.      My name is Alejandro Brito and I practice law at the law firm of Brito, PLLC, located at 2121 Ponce de Leon Blvd, Suite 650, Coral Gables, Florida, 33134.

2.      I have been a member of the Bar of the State of Florida since 1996.

3.      I am a member in good standing in every jurisdiction where I have been admitted to practice. I have not been publicly disciplined by any court or lawyer regulatory organization nor have I had any *pro hac vice* admission revoked.

4.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction to which I am admitted.

5.      Although I am not a member of the bar of this Court, I respectfully request that this

Court grant me leave to appear *pro hac vice* on behalf of Plaintiff Shawn Corey Carter in this case.

Executed on this 29th day of April, 2026.

ALEJANDRO BRITO
Affiant

Dade County, Florida

Signed and sworn to before me this day by Alejandro Brito.

Date: April 29, 2026

**Notary Public**

(Official Seal)          **My Commission Expires:** _____



Notary Public State of Florida
Aude Julie Pirlou
My Commission HH 760676
Expires 4/27/2090