**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAWN COREY CARTER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY BUZBEE, et al.<br><br>　　　　　　Defendants. | Case No.1:26-cv-02775-DEH<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE<br>OF CAMILLE VASQUEZ** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Camille Vasquez hereby moves this Court for an order for admission to practice Pro Hac Vice to appear as counsel for Defendants Anthony Buzbee, David Fortney, and Anthony G. Buzbee LP (d/b/a The Buzbee Law Firm), in the above-captioned action.

I am in good standing with the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court.

Respectfully submitted,

Dated: May 21, 2026

**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**

By: _/s/ Camille Vasquez_
　　　Camille Vasquez
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626
Tel: (714) 513-5100
Fax: (714) 513-5120
Email: cvasquez@sheppard.com