**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAWN COREY CARTER,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY BUZBEE, et al.<br><br>Defendants. | Case No.1:26-cv-02775-DEH<br><br>**DECLARATION OF CAMILLE VASQUEZ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Camille Vasquez, pursuant to Local Rule 1.3, declare as follows:

1. I am over the age of eighteen and of sound body and mind.

2. I have never been convicted of a felony.

3. I have never been censured, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: May 21, 2026

By: *_/s/ Camille Vasquez_*
Camille Vasquez