UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carter,<br><br>                    Plaintiff,<br><br>          v.<br><br> Buzbee et al.,<br><br>                    Defendants. | 26-CV-2775 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On May 22, 2026, Plaintiff filed a motion seeking leave to file a Third Amended Complaint ("TAC").  ECF No. 123.  Defendants oppose.  ECF Nos. 129, 130, 132.  The motion was fully briefed on June 15, 2026.  ECF No. 139.

The parties are **ORDERED** to appear for a conference on the motion on **July 29, 2026** at **11:30 A.M.**  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 294 602 418, followed by the pound (#) sign.

SO ORDERED.

Dated: July 17, 2026
          New York, New York

_____
          DALE E. HO
          United States District Judge