UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARTER,<br><br>                    Plaintiff,<br><br>          v.<br><br> BUZBEE, et al.<br><br>                    Defendants. | 26-CV-2775 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court writes to provide further clarification on the conference that is presently scheduled for July 29, 2026 at 11:30 A.M.  ECF No. 142.  The Court does not intend to hold formal oral argument, but the parties should be prepared to address the issues raised in their papers on the Plaintiff's Motion to Amend, ECF No. 123, including their respective arguments on Plaintiffs' proposed claim under New York Judiciary Law § 487.

SO ORDERED.

Dated:  July 23, 2026
          New York, New York

_____
          DALE E. HO
          United States District Judge