**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAWN COREY CARTER,

Plaintiff,

-against-

ANTHONY BUZBEE, DAVID FORTNEY, ANTHONY G. BUZBEE, LP (d/b/a THE BUZBEE LAW FIRM), ANTIGONE CURIS, CURIS LAW, PLLC, and JANE DOE,

Defendants.

Case No.: 1:26-cv-02775-DEH

**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

*ORAL ARGUMENT REQUESTED*

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Motion to Dismiss and Declaration of Jessica N. Meyers, Defendants Anthony Buzbee, David Fortney, and Anthony G. Buzbee LP's (collectively, the "Buzbee Parties"), by and through their counsel Sheppard, Mullin, Richter & Hampton, LLP shall move before the Honorable Dale E. Ho, U.S.D.J., at the United States Courthouse, 40 Foley Square, Courtroom 905, New York, New York 10007, on a date and time to be determined by the Court, for an Order to dismiss Plaintiff Shawn Corey Carter's Third Amended Complaint [ECF No. 145] ( the "TAC"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's Order [ECF 147], opposition papers to this motion shall be served by September 30, 2026 and reply papers shall be served by October 19, 2026.

DATED: September 1, 2026

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Jessica N. Meyers*
Jessica N. Meyers
George L. Frank
Stephanie P. Calnan (*admitted PHV*)
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: 212.653.8700
jmeyers@sheppard.com
gfrank@sheppard.com
scalnan@sheppard.com

Camille M. Vasquez (*admitted PHV*)
Samuel A. Moniz (*admitted PHV*)
J. Randall Boyer (*admitted PHV*)
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
cvasquez@sheppard.com
smoniz@sheppard.com
jboyer@sheppard.com

*Attorneys for Defendants Anthony Buzbee, David Fortney, and Anthony G. Buzbee LP (d/b/a The Buzbee Law Firm)*