ReedSmith

**Jordan W. Siev**
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

September 8, 2026

**Via ECF**

Hon. Dale E. Ho
United States District Court for the Southern
District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re: *Shawn Corey Carter v. Anthony Buzbee, et al.***
**Case No. 26-CV-02775-DEH**

Dear Judge Ho:

We represent Plaintiff Shawn Corey Carter and, pursuant to Rules 2 and 4(b) of Your Honor's Individual Rules and Practices in Civil Cases, jointly submit this letter with counsel for Defendants Anthony Buzbee, David Fortney, and Anthony G. Buzbee LP (the "Buzbee Defendants") regarding the Buzbee Defendants' motion to strike (ECF Nos. 159-161). Although the Buzbee Defendants' Notice of Motion provides that Plaintiff's response is due September 30, 2026, the Court's scheduling order (ECF No. 147) addresses only motions to dismiss.

Out of an abundance of caution, Plaintiff and the Buzbee Defendants jointly request that the Court apply the same briefing schedule to the Buzbee Defendants' motion to strike as applies to the motions to dismiss, specifically: (a) Plaintiff's opposition shall be filed on or before September 30, 2026; and (b) Defendants' reply shall be filed on or before October 19, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: */s/ Jordan W. Siev*
Jordan W. Siev
Casey D. Laffey
Ian M. Turetsky
REED SMITH LLP
New York, New York 10022
jsiev@reedsmith.com
claffey@reedsmith.com
212-205-6085

ReedSmith

By: */s/ Roberta A. Kaplan*

Roberta A. Kaplan
Ellen V. Holloman
Christopher R. Le Coney
KAPLAN MARTIN LLP
1133 Avenue of the Americas, Suite 1500
New York, New York 10036
rkaplan@kaplanmartin.com
eholloman@kaplanmartin.com
cleconey@kaplanmartin.com
212-316-9500

By: */s/ Alejandro Brito*

Alejandro Brito
*(Admitted PHV)*
BRITO PLLC
2121 Ponce de Leon Blvd,
Suite 650
Coral Gables, Florida 33134
abrito@britopllc.com
305-614-4071

*Attorneys for Plaintiff Shawn Corey Carter*

By: */s/ Jessica N. Meyers*

Jessica N. Meyers
George L. Frank
30 Rockefeller Plaza
New York, New York, 10122-0015
Tel. (212)563-8700
jmeyers@sheppard.com
gfrank@sheppard.com

Camille M. Vasquez (*admitted PHV*)
Samuel A. Moniz (*admitted PHV*)
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Tel. (714) 513-5100
evasquez@sheppard.com
smoniz@sheppard.com

*Attorneys for Defendants Anthony Buzbee,
David Fortney, and Anthony G. Buzbee LP*

ReedSmith

**cc**: All Counsel of Record (by ECF)