**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------X
SHAWN COREY CARTER,

Plaintiff,

Case No.: 1:26-cv-02775-DEH

v.

ANTHONY BUZBEE, DAVID FORTNEY,
ANTHONY G. BUZBEE, LLP
(d/b/a THE BUZBEE LAW FIRM),
ANTIGONE CURIS, CURIS LAW, PLLC
and JANE DOE,

Defendants.

--------------------------------------------------------X

**DECLARATION OF JANE DOE**

I, Jane Doe, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the individual identified as Jane Doe in the above-styled civil action.

2. This Declaration is submitted in support of my Motion for Leave to Proceed Using Pseudonym.

3. I dismissed my lawsuit against Shawn Corey Carter in part because of my fear that my identity would be disclosed and I would be subjected to intense media scrutiny and retaliation.

4. On or about February 21, 2025, after dismissing my lawsuit, I was approached at my home by individuals who recorded a conversation with me. They said they were there indirectly on behalf of Carter.

5. I have seen internet posts from people I do not know who have threatened or hoped that harm would come to me.

6. I agree with the opinions of my psychiatrist regarding my mental health and the effect that disclosure of my identity would have on my mental health.

EXHIBIT
B

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15th day of September, 2026.

Signed by:

F0607E1C7534403...

Jane Doe