**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAWN COREY CARTER,

*Plaintiff*,

*v.*

ANTHONY BUZBEE, DAVID FORTNEY, ANTHONY G. BUZBEE LP (d/b/a THE BUZBEE LAW FIRM), ANTIGONE CURIS, CURIS LAW, PLLC and JANE DOE,

*Defendants.*

No. 26 Civ. 2775 (DEH)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JANE DOE**

**WHEREAS**, on March 3, 2025, Plaintiff Shawn Corey Carter commenced this action in the United States District Court for the Southern District of Alabama, ECF No. 1;

**WHEREAS**, on March 31, 2026, this action was transferred to the United States District Court for the Southern District of New York pursuant to the order entered at ECF No. 91; and

**WHEREAS**, Defendant Jane Doe has executed a declaration, attached to this Notice as Exhibit 1, affirming under penalty of perjury that: (1) she was never raped or otherwise harmed by Carter; (2) she has never met or spoken to him; (3) he has never engaged in any inappropriate conduct toward her; (4) to the best of her knowledge, the remaining defendants never independently investigated her allegations, conducted a background inquiry or due diligence, or otherwise obtained any corroboration of the allegations before filing the complaint in October 2024; (5) the remaining defendants never provided her with a draft of the complaint before it was filed in October 2024; (6) she never received any threat from Plaintiff or anyone acting on his behalf; and (7) she provided this declaration voluntarily, after consulting independent counsel, and has neither received nor been promised any monetary compensation in connection with it. Because

Jane Doe was sued pseudonymously, Exhibit 1 has been redacted to protect her identity, along with certain other identifying details.

**NOW, THEREFORE**, in order to streamline and focus the issues to be adjudicated at trial, Plaintiff Shawn Corey Carter hereby voluntarily dismisses without prejudice all claims asserted by him in this action against Defendant Jane Doe pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without costs to either Carter or Doe as against the other. This dismissal does not extend to any claims in this action against defendants Anthony Buzbee, David Fortney, Anthony G. Buzbee LP (d/b/a The Buzbee Law Firm), Antigone Curis and Curis Law PLLC, all of which remain active.

Dated: September 24, 2026


By: *~~/s/~~ /s/ Jordan W. Siev*
Jordan W. Siev
Casey D. Laffey
REED SMITH LLP
599 Lexington Ave., 22nd Floor
New York, NY 10022
Tel: (212) 205-6085
jsiev@reedsmith.com
claffey@reedsmith.com

By: */s/ Roberta A. Kaplan*
Roberta A. Kaplan
Ellen V. Holloman
Christopher R. Le Coney
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 316-9500
rkaplan@kaplanmartin.com
eholloman@kaplanmartin.com
cleconey@kaplanmartin.com

By: */s/ Alejandro Brito*
Alejandro Brito
*(Admitted PHV)*
BRITO PLLC
2121 Ponce de Leon Blvd,
Suite 650
Coral Gables, FL 33134
Tel: (305) 614-4071
abrito@britopllc.com

*Counsel for Plaintiff*
*Shawn Corey Carter*