ReedSmith
Jordan W. Siev
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

September 24, 2026

**Via ECF**

Hon. Dale E. Ho
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re: *Shawn Corey Carter v. Anthony Buzbee, et al.* (S.D.N.Y. Case No. 26-cv-02775-DEH)**

Dear Judge Ho:

On behalf of Plaintiff Shawn Corey Carter, and in accordance with Rule 6(d)(i) of Your Honor's Individual Rules and Practices in Civil Cases ("Individual Rules"), we write to respectfully request that the Court, pending Jane Doe's submission and the Court's ruling, (1) maintain under seal the unredacted declaration of Jane Doe, dated September 24, 2026 (the "Declaration"), and (2) permit the provisional filing of the proposed redacted version of the Declaration, which is being filed contemporaneously in connection with Plaintiff's voluntary dismissal of Doe from this action without prejudice pursuant to Rule 41(a)(1)(A)(i).

Doe has moved for leave to proceed under a pseudonym. ECF Nos. 79, 164. At Doe's request, the proposed redactions are narrowly tailored to protect information that could directly or indirectly reveal her identity while that motion is *sub judice*. Pursuant to Individual Rule 6(d)(i), Plaintiff has notified Doe that she must file, within three business days, a letter explaining the need to seal or redact the Declaration.

Respectfully submitted,

By: /s/ *Jordan W. Siev*
Jordan W. Siev
Casey D. Laffey
Ian M. Turetsky
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com
claffey@reedsmith.com
212-205-6085

*Roberta A. Kaplan*
Roberta A. Kaplan
Ellen V. Holloman
Christopher R. Le Coney
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
rkaplan@kaplanmartin.com
eholloman@kaplanmartin.com
cleconey@kaplanmartin.com
212-316-9500

*Alejandro Brito*
Alejandro Brito
*(Admitted PHV)*
BRITO PLLC
2121 Ponce de Leon Blvd,
Suite 650
Coral Gables, Florida 33134
abrito@britopllc.com
305-614-4071

*Attorneys for Plaintiff*
*Shawn Corey Carter*

cc: Counsel of Record (via ECF)