ReedSmith

Jordan W. Siev
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

September 24, 2026

**Via ECF**

Hon. Dale E. Ho
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Shawn Corey Carter v. Anthony Buzbee, et al.*** **(S.D.N.Y. Case No. 26-cv-02775-DEH)**

Dear Judge Ho:

On behalf of Plaintiff Shawn Corey Carter, we respectfully write to advise the Court that we are today filing a notice voluntarily dismissing all claims against Defendant Jane Doe without prejudice, together with an accompanying declaration from Ms. Doe. The dismissal is intended to streamline and focus the issues to be adjudicated in this action. Because Ms. Doe was sued pseudonymously, the accompanying declaration has been redacted to protect her identity and certain other identifying details. We are concurrently submitting a letter-motion to provisionally seal the redacted information.

Respectfully submitted,

By: */s/ Jordan W. Siev*
Jordan W. Siev
Casey D. Laffey
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com
claffey@reedsmith.com
212-205-6085

By: */s/ Roberta A. Kaplan*
Roberta A. Kaplan
Ellen V. Holloman
Christopher R. Le Coney
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
rkaplan@kaplanmartin.com
eholloman@kaplanmartin.com
cleconey@kaplanmartin.com
212-316-9500

By: */s/ Alejandro Brito*

Alejandro Brito
*(Admitted PHV)*
BRITO PLLC
2121 Ponce de Leon Blvd,
Suite 650
Coral Gables, Florida 33134
abrito@britopllc.com
305-614-4071

*Attorneys for Plaintiff*
*Shawn Corey Carter*

cc: Counsel of Record (via ECF)