# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

WALL STREET PLAZA
88 PINE STREET, SUITE 1900
NEW YORK, NY 10005
212-825-1212

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
BRIDGEPORT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

Christopher P Keenoy
Phone: 212-428-2491
Fax: 646-576-8943
ckeenoy@morrisonmahoney.com

September 25, 2026

**Via ECF**

The Honorable Dale E. Ho
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: **Carter v. Buzbee et al.**
**Docket No.: 26-cv-02775-DEH**
**MM File No.: 10112392**

Dear Judge Ho:

As you are aware, my firm is representing the Defendants Antigone Curis and Curis Law, PLLC (collectively hereinafter "Curis Defendants") in the above-referenced action. I write in response to Plaintiff's letter motion (Doc. No. 165) seeking leave to file an enlarged omnibus opposition brief to defendants' pending motions to dismiss. Curis Defendants consented to plaintiff's request based upon the fact that in addition to opposing the Curis Defendants' motion and the motion of Anthony Buzbee, David Fortney, and Anthony G. Buzbee LP (hereinafter "Buzbee Defendants"), plaintiff also needed to oppose Defendant Jane Doe's motion to dismiss.

However, late in the evening on Thursday, September 24, 2026, after securing the consent of the defendants for an enlarged brief, plaintiff's counsel filed a Stipulation of Discontinuance against Jane Doe accompanied by a detailed Affirmation from Jane Doe.

Curis Defendants adopt and join in the opposition raised by the Buzbee Defendants (Doc. No. 170) and hereby rescind their consent to plaintiff's request. It appears fairly obvious that plaintiff knew they were planning to discontinue against Jane Doe, and therefore would not need to oppose her motion, at the time they sought additional pages under the guise of needing to

respond to additional arguments. The arguments raised by the Buzbee Defendants and Curis Defendants are fairly similar and extra pages are no longer needed or warranted without the need to respond to Doe's motion.

Curis Defendants adopt and join Buzbee Defendants' opposition to plaintiff's request.

Very truly yours,

Christopher P. Keenoy

Cc: Counsel of Record (Via ECF)