ReedSmith
Jordan W. Siev
Direct Phone: +1 212 205 6085
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

Application, as amended at ECF No. 171, **GRANTED**. Plaintiff's may file a single omnibus opposition brief not to exceed 33 pages. Further, remaining **Defendants shall file a single consolidated reply, not to exceed 15 pages**. The Clerk of Court is respectfully requested to close ECF No. 165.

SO ORDERED.

Dated: September 25, 2026
New York, New York

Dale E. Ho
United States District Judge

September 24, 2026

**Via ECF**

Hon. Dale E. Ho
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re: *Carter v. Buzbee, et al.* (S.D.N.Y. Case No. 26-cv-02775-DEH)**

Dear Judge Ho:

On behalf of Plaintiff Shawn Corey Carter, we write pursuant to Local Rule 7.1(e) to respectfully request leave to file on September 30, 2026 a single 40-page omnibus opposition brief (instead of a 25-page brief) in opposition to Defendants' motions to dismiss. ECF No. 152, 155, 156. The parties have met and conferred, and Defendants consent to this request.

Plaintiff previously reserved the right to seek an adjustment to the page limits set forth in the Court's Individual Rules. *See* ECF No. 146 at 1. In light of Defendants' separate motions, which advance overlapping arguments, and for the Court's convenience, Plaintiff respectfully requests that Your Honor grant Plaintiff's request for leave to file a single 40-page omnibus opposition brief to the motions to dismiss.

We appreciate the Court's consideration of this unopposed request.

Respectfully submitted,

By: *Jordan W. Siev*
Jordan W. Siev
Casey D. Laffey
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
jsiev@reedsmith.com
claffey@reedsmith.com
212-205-6085

*Roberta A. Kaplan*
Roberta A. Kaplan
Ellen V. Holloman
Christopher R. Le Coney
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
rkaplan@kaplanmartin.com
eholloman@kaplanmartin.com
cleconey@kaplanmartin.com
212-316-9500

*Alejandro Brito*
Alejandro Brito
*(Admitted PHV)*
BRITO PLLC
2121 Ponce de Leon Blvd,
Suite 650
Coral Gables, Florida 33134
abrito@britopllc.com
305-614-4071

*Attorneys for Plaintiff*
*Shawn Corey Carter*

cc: Counsel of Record (via ECF)