MCDOWELL KNIGHT

**J. Blair Newman, Jr.**
Battle House Tower, Thirteenth Floor
11 North Water Street
Mobile, AL 36602
**mcdowellknight.com**

**bnewman@mcdowellknight.com**
Phone: 251-431-8817
Facsimile: 251-432-5303

October 9, 2026

VIA E-MAIL (VIA ECF)
The Honorable Dale E. Ho
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007
HoNYSDChambers@nysd.uscourts.gov

Re: *Carter v. Buzbee et al.*, Case No. 26-cv-02775-DEH

Dear Judge Ho:

I write on behalf of Defendant Jane Doe ("Doe") with respect to her Motion for Leave to Proceed Using Pseudonym (Doc. 80) and, to the extent it is still pending, Plaintiff Shawn Corey Carter's ("Carter") Motion for Leave to Proceed Using Pseudonym for One Defendant (Doc. 2) (collectively, the "Pseudonym Motions"). As the Court is aware, Doe has been dismissed as a party defendant, and her Motion to Dismiss pursuant to Rules 12(b)(2) and 12(b)(6) has therefore been denied as moot. (Doc. 174.)

Doe submits that the motions related to the use of a pseudonym for her as a party defendant are also moot because she is no longer a party. The legal standard at issue in the Pseudonym Motions does not apply to non-parties. For example, that standard contemplates that a party "who has privacy concerns has the option of either not commencing or discontinuing the action rather than revealing his or her identity to the world." *See, e.g., Abdel-Razeq v. Alvarez & Marsal, Inc.*, No. 14 Civ. 5601 (HBP), 2015 WL 7017431, at *2 (S.D.N.Y. Nov. 12, 2015). In other words, once the individual is no longer a party, his or her identity is protected through the dismissal, which ensures his or her name will not be made public. Doe's identity should also be protected through the dismissal.

Whether Doe's identity as a non-party should be redacted from publicly available materials filed by the parties will be addressed pursuant to Carter's Letter Motion filed September 24, 2026 (Doc. 167) and Doe's Letter dated Sept. 28, 2026 (Doc. 175). As discussed in Doe's Letter and the materials incorporated therein, Doe's anonymity is a serious health concern. Doe also notes that Carter filed the Letter Motion, and the Buzbee Parties and the Curis Parties have submitted other filings that recognize the importance of maintaining the privacy of

Doe's identity, with the Curis Parties also noting a duty to preserve such confidentiality. (Docs. 79, 81.)

Respectfully submitted,

J. Blair Newman, Jr.
(Admitted *Pro Hac Vice*)
McDowell Knight Roedder & Sledge, LLC
11 North Water Street, Ste. 13290
Mobile, AL 36602
Telephone: (251) 432-5300
bnewman@mcdowellknight.com
Attorney for Jane Doe

cc: Counsel of Record (via ECF)