MEMO ENDORSED

Sheppard

October 14, 2026

+1.714.424.8251
JMeyers@sheppard.com

**VIA ECF**

The Honorable Dale E. Ho
United States District Court for the
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Carter v. Buzbee, et al.*, Case No. 26-cv-02775-DEH

Dear Judge Ho:

I write on behalf of Defendants Anthony Buzbee, David Fortney, and Anthony G. Buzbee LP (collectively, the "Buzbee Defendants"), and joined by counsel for Defendants Antigone Curis and Curis Law, PLLC (the "Curis Defendants" and, with the Buzbee Defendants, the "Defendants"), concerning to Your Honor's Order, dated September 25, 2026 (ECF No. 176) (the "Order"), which granted Plaintiff's letter motion (ECF No. 165) for leave to file an enlarged omnibus opposition brief to Defendants' pending motions to dismiss (the "Motions").

In addition to permitting Plaintiff to file a 33-page omnibus opposition brief to the Motions, the Order states that "remaining Defendants shall file a single consolidated reply, not to exceed 15 pages." However, the remaining Defendants filed two separate motions to dismiss Plaintiff's Third Amended Complaint (ECF Nos. 155 (Curis Defendants' Motion to Dismiss), 156-158 (Buzbee Defendants' Motion to Dismiss)), and neither set of Defendants has indicated any intention or desire to file a joint reply brief.

Accordingly, the Defendants seek clarification as to whether the Court is requiring all Defendants to file a single, consolidated 15-page reply brief, or if the Buzbee Defendants and Curis Defendants may each file their own 10-page reply brief in accordance with Section 4(c)(ii) of Your Honor's Individual Practices. To the extent the Order requires the Defendants to file a single 15-page reply, the Buzbee Defendants and Curis Defendants respectfully requests leave to, instead, file their own 10-page reply briefs in support of their pending Motions. Such request comports with Your Honor's Individual Practices; and, because the Buzbee Parties and Curis Defendants are differently situated, there is not complete congruity in their arguments. Plaintiff's decision to respond to the remaining Defendants' Motions in an oversized, omnibus opposition brief, should not impact the

Buzbee Defendants' and Curis Defendants' ability to fully brief their respective Motions within the confines of the Local Rules and Your Honor's Individual Practices.

On October 13, 2026, I raised the Buzbee Defendants' intention to make this request with Plaintiff's counsel on a meet and confer call. I was informed, thereafter, that Plaintiff's counsel takes no position on this request.

Respectfully submitted,

*/s/ Jessica N. Meyers*
Jessica N. Meyers
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: Counsel of Record (via ECF)

Application **GRANTED IN PART AND DENIED IN PART**. The remaining Defendants shall file a **single, consolidated reply brief** to the pending motions to dismiss, not to exceed **sixteen pages**.

SO ORDERED.

Dated: October 15, 2026
New York, New York

Dale E. Ho
United States District Judge