UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN COREY CARTER,
Plaintiff,

v.

ANTHONY BUZBEE, et al.,
Defendants.

26-CV-2775 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has received the parties' filings regarding the following motions in this matter:

**Motions to Dismiss.** Defendants Antigone Curis and Curis Law, PLLC ("Curis Defendants") and Defendants Anthony G. Buzbee LP, Anthony Buzbee, and David Fortney ("Buzbee Defendants") filed respective motions to dismiss the Third Amended Complaint ("TAC") on September 1, 2026. ECF Nos. 155, 156. Plaintiff Shawn Corey Carter ("Plaintiff") filed an omnibus opposition on September 30, 2026. ECF No. 179. The Buzbee and Curis Defendants filed a joint reply on October 19, 2026. ECF No. 186. This motion is fully briefed.

**Motion to Strike Portions of the TAC.** The Buzbee Defendants filed a motion to strike portions of the TAC on September 1, 2026. ECF No. 159. Plaintiff filed an opposition on September 30, 2026. ECF No. 180. The Buzbee Defendants filed a reply on October 19, 2026. ECF No. 185. This motion is fully briefed.

**Motion to Strike Doe Declaration.** On September 24, 2026, Plaintiff filed a proposed notice of voluntary dismissal of Defendant Jane Doe ("Doe"). ECF No. 166. A redacted Declaration from Doe ("Doe Declaration") accompanied the notice.[1] ECF No. 166-1. On

[1] On September 24, 2026, Plaintiff filed a letter motion to seal the unredacted version of the Doe Declaration. ECF No. 167; *cf.* ECF No. 166-1 (proposed redacted version). Doe, who is now dismissed from this action, filed a letter response on September 28, 2026. ECF No. 175.

September 25, 2026, the Buzbee Defendants filed a letter motion to strike the Doe Declaration or, in the alternative, to take judicial notice of other related facts. ECF No. 172. Plaintiff filed a response on September 28, 2026. ECF No. 177. Any reply was due seven days later; having received no reply or extension request, the Court treats this motion as fully briefed.

Having reviewed the briefings on the aforementioned motions, the Court has determined that oral argument is appropriate. The parties shall appear before the Court for a hearing on **December 11, 2026, at 10:00 a.m.** in Courtroom 905 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated: October 22, 2026
New York, New York

DALE E. HO
United States District Judge